No. 14,033.

MARIE SARIGNET, WIFE OF HYPOLITE RIVOIRE, VS. HYPOLITE RIVOIRE, HER HUSBAND.

SYLLABUS.

The only question involved in this case is as to the sufficiency of the evidence.

APPEAL from the Civil District Court, Parish of Orleans—
Ellis, J.

Clement L. Walker and John G. Robin, for Plaintiff, Appellee.

Robert J. Maloney, for Defendant, Appellant.

The opinion of the court was delivered by

PROVOSTY, J. The only question in this suit, which is one by the wife for separation from bed and board on the ground of cruel treatment, is as to the sufficiency of the evidence. We agree fully with the views expressed by the learned judge in his written reasons for judgment.

It is, therefore, ordered, adjudged and decreed, that the judgment appealed from be affirmed with costs.